UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RESSIE NICOLE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: 1:12-cv-1018-MEF |
| v. ) | (WO – Do Not Publish) |
| ) | |
| HOUSTON COUNTY, ALABAMA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion to Proceed Without Prepaying Fees or Costs (Doc. #3) and the attached application, and pursuant to the Court's authority under 28 U.S.C. § 1915(a)(1), it is hereby ORDERED that Plaintiff's motion is GRANTED.

DONE this the 6th day of December, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE